# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-518
_____

VINCENT JOHNSON,

Appellant,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

October 8, 2019

PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Vincent Johnson, pro se, Appellant.

Ashley Moody, Attorney General, Kenneth S. Steely, General Counsel for Department of Corrections, and Beverly Brewster, Assistant General Counsel for Department of Corrections, Tallahassee, for Appellee.